# FILED

## UNDER

# SEAL

DANIEL G. BOGDEN
United States Attorney
Nadia Ahmed
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

## UNITED STATES DISTRICT COURT
### District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    2:14-mj-319 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| | ) | PRETRIAL RELEASE |
| Defendant    Donald Love | ) | |

Attached hereto and expressly incorporated herein is a is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Samira Barlow    Pretrial Services Officer.  I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this  13  day of    May, 2014

DANIEL G. BOGDEN
United States Attorney

By  /S/
Nadia Ahmed
Assistant U. S. Attorney

PS 8
(Revised 12/04)

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

U.S.A. vs.   Donald Love                    Docket No.    2:14-mj-319

Petition for Action on Conditions of Pretrial Release

COMES NOW   Samira Barlow      UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant   Donald Love   who was placed under pretrial release supervision by the Honorable   C.W. Hoffman   in the Court at Las Vegas, Nevada on   May 8, 2014   on   Personal Recognizance Bond   with the following conditions:

1. Pretrial Services supervision
2. Refrain from the use or possession of controlled substance.
3. Do not associate with or be in the presence of those using or possessing controlled substances.
4. Submit to drug testing.
5. Participate in inpatient or outpatient substance abuse treatment.
6. Actively seek employment and notify Pretrial Services prior to any changes.
7. Surrender all passports to Pretrial Services.

9. Restricted to Clark County, Nevada.
10. Restricted from Lake Mead Recreational Area during the pendency of this case.
11. Maintain residence at the halfway house.

Respectfully presenting petition for action of Court and for cause as follows:

1. On May 13, 2014, the defendant failed to return to the halfway house and whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this   13   day of
   May, 2014   and ordered filed and made a part of the records in the above case.

_____
Honorable Nancy J. Koppe
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this   13   day of   May, 2014

Respectfully Submitted,

_____

United States Pretrial Services Officer
Samira Barlow
Place: Las Vegas, Nevada